IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re: Constance Dudley

NO. C 06-01371 JW
(Bankruptcy case no. 03-52149)

Related Cases: C-06-01671-JW; 06-02255-JW

**ORDER DENYING MOTION TO STAY PENDING APPEAL TO THE NINTH CIRCUIT**

_____/

On September 6, 2006, the Court affirmed the Orders of the Bankruptcy Court and lifted the stay pending appeal. (See Docket Item No. 34.) The Court remanded the cases to the Bankruptcy Court for further proceedings. On September 20, 2006, Charles K. Clapp filed a motion for stay pending appeal to the Ninth Circuit.[1]

In determining whether to stay an order, courts in the Ninth Circuit apply the standard employed when considering a motion for a preliminary injunction. Tribal Village of Akutan v. Hodel, 859 F.2d 662, 663 (9th Cir . 1988). This standard requires that the movant demonstrate either (1) a combination of probable success on the merits and the possibility of irreparable harm, or (2) the existence of serious questions going to the merits and a balance of hardships tipping sharply

---

[1] Clapp's motion to shorten time and set hearing for motion to stay pending appeal is deemed moot. (See Docket Item No. 36.)

in favor of the movant. <u>Cadence Design Sys., Inc. v. Avant! Corp.</u>, 125 F.3d 824, 826 (9th Cir. 1997).

      The Court finds that the arguments advanced by Clapp on appeal are the same arguments made before the Court which had been considered. Clapp has failed to demonstrate probable success on the merits. The motion to stay pending appeal is DENIED.

Dated: October 13, 2006

                                                               JAMES WARE
                                                              United States District Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

Amy E Wallace Potter amy.wallace@dlapiper.com
Christopher Alliotts calliotts@sulmeyerlaw.com
Rebecca Connolly Rebecca.Connolly@grunskylaw.com
Sandi Meneely Colabianchi smcolabianchi@luce.com

Dated: October 13, 2006                    Richard W. Wieking, Clerk

                                           By:   /s/ JW Chambers
                                                 Elizabeth Garcia
                                                 Courtroom Deputy